# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.
**TRACI ELAINE UPSHUR**

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
CASE NUMBER: 6:01CR70081-002

Date of Original Judgment: APRIL 9, 2002
(or Date of Last Amended Judgment)

Gary Lance Smith, Esq.
Defendant's Attorney

CLERK'S OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED
FEB 23 2005
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

**Reason for Amendment:**

☐ Correction of Sentence on Remand (Fed.R. Crim. P. 35(a))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P.35(c))
☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3563(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant to ☐ 28 U.S.C. § 2255.
☐ 18 U.S C § 3559(c)(7) or ☐ Modification of Restitution Order

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☒ was found guilty on count(s) 1, 2, 4 & 5 after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Provide a False Statement to a Licensed Firearms Dealer | March 12, 1999 | 1 |
| 18 U.S.C. § 922(a)(6) | False Statement in the Acquisition of a Firearm from a Licensed Firearms Dealer | August 28, 1998 | 2 |

The defendant is sentenced as provided in pages 2 through __9__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) 7

☐ Count(s) _____ dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No: 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
Defendant's Date of Birth: July 7, 1964
Defendant's USM No.: 09321-084
Defendant's Residence Address:

**153 Hassan Circle**
**Red House, VA 23963-0152**

April 04, 2002
Date of Imposition of Judgment

/s/ Norman K. Moon
Signature of Judicial Officer

Norman K. Moon, United States District Judge
Name and Title of Judicial Officer

Defendant's Mailing Address:

**153 Hassan Circle**
**Red House, VA 23963-0152**

February 23, 2005
Date

Case 6:01-cr-70081-nkm  Document 71  Filed 02/23/2005  Page 2 of 7
AO 245C (Rev. 3/01-VAW Additions 11/01) Amended Judgment in a Criminal Case:
Sheet 1 - Reverse

Judgment- Page __2__ of __9__

DEFENDANT: TRACI ELAINE UPSHUR
CASE NUMBER: 6:01CR70081-002

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18:U.S.C. § 922(d)(1) | Disposal of a Firearm to a Convicted Felon | August 28, 1998 | 4 |
| 18:U.S.C. § 922(a)(6) | False Statement in the Acquisition of a Firearm from a Licensed Fireams Dealer | March 12, 1999 | 5 |

Case 6:01-cr-70081-nkm Document 71 Filed 02/23/2005 Page 3 of 7
AO 245C (Rev. 3/01-VAW Additions 11/01) Amended Judgment in a Criminal Case:
Sheet 2 - Imprisonment

Judgment- Page 3 of 9

DEFENDANT: TRACI ELAINE UPSHUR
CASE NUMBER: 6:01CR70081-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  15  month(s)

**The term consists of terms of 15 months on each of Counts 1, 2, 4 & 5, all such terms to run concurrently.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ on _____
  ☒ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

DEFENDANT: TRACI ELAINE UPSHUR
CASE NUMBER: 6:01CR70081-002

Judgment- Page 4 of 9

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __two__ year(s)

***The term consists of terms of two years on each of counts 1, 2, 4, & 5 to run concurrently.

## MANDATORY CONDITIONS OF SUPERVISION

1) The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
2) The defendant shall not commit another federal, state or local crime.
3) The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

4) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   ☒ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5) If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

   ☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions on the Special Conditions of Supervision page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:  TRACI ELAINE UPSHUR
CASE NUMBER:  6:01CR70081-002

Judgment - Page  5  of  9

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall pay any special assessment that is imposed by this judgment.

2. The defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices.

3. The defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of firearms.

Case 6:01-cr-70081-nkm  Document 71  Filed 02/23/2005  Page 6 of 7

AO 245C (Rev. 3/01-VAW Additions 11/01) Amended Judgment in a Criminal Case:
Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT: TRACI ELAINE UPSHUR
CASE NUMBER: 6:01CR70081-002

Judgment - Page 6 of 9

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $400.00 | | |

☐ If applicable, restitution amount ordered pursuant to plea agreement _____ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ The interest requirement is waived.

   ☐ The interest requirement is modified as follows:

AO 245C (Rev. 3/01-VAW Additions 11/01) Amended Judgment in a Criminal Case:
Sheet 5, Part B - Schedule of Payments

DEFENDANT: TRACI ELAINE UPSHUR
CASE NUMBER: 6:01CR70081-002

Judgment- Page 7 of 9

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $ 400.00 due immediately, balance due
- ☐ not later than _____ , or
- ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

Any installment schedule is subject to adjustment by the court at any time during the period of imprisonment or supervision, and the defendant shall notify the probation officer and the U.S. Attorney of any change in the defendant's economic circumstances that may affect the defendant's ability to pay.

All criminal monetary penalties shall be made payable to the Clerk, U.S. District Court, P.O. Box 1234, Roanoke, Virginia 24006, for disbursement.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.